IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ESTRADA,

      Plaintiff,                                              Civil Action File No.:
                                                                  1:21-CV-0517

      v.

BED, BATH & BEYOND, INC.,
a Foreign Profit Corporation,
d/b/a Bed, Bath & Beyond,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff Michael Estrada ("Plaintiff"), by and through counsel, hereby notifies the Court that the parties have reached a confidential agreement to fully resolve all matters related to this civil action and are currently working on the final details of the settlement administration. The parties intend to file a Stipulation of Dismissal with Prejudice of this action within 30 days.

Dated April 30, 2021.

                                                           Respectfully submitted,

                                                           */s/ Matthew N. Pope*
                                                           Matthew N. Pope
                                                           MATTHEW N. POPE, P.C.
                                                           Georgia Bar No. 584216
                                                           matt@mpopelaw.com
                                                           900 2nd Avenue

P.O. Box 2624
Columbus, Georgia 31902
Telephone (706) 324-2521

*Counsel for Plaintiff Michael Estrada*

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing **NOTICE OF SETTLEMENT** was served upon Defendant's counsel via transmission of Notices of Electronic Filings generated by CM/ECF.

Dated April 30, 2021.

    Respectfully submitted,

    */s/ Matthew N. Pope*
    Matthew N. Pope
    MATTHEW N. POPE, P.C.
    Georgia Bar No. 584216
    matt@mpopelaw.com
    900 2nd Avenue
    P.O. Box 2624
    Columbus, Georgia 31902
    Telephone (706) 324-2521

    ***Counsel for Plaintiff Michael Estrada***